UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

MARY DEERING, individually,

     Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,
formerly known as "E R SOLUTIONS, INC.,"     **JURY DEMAND**
a foreign corporation,

     Defendant.
_____/

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1.     Plaintiff MARY DEERING alleges violations of the Telephone Consumer Protection Act, Defendant CONVERGENT OUTSOURCING, INC.  Plaintiff alleges that Defendant incessantly and unlawfully called Plaintiff's cellular telephone in an attempt to collect an alleged consumer debt using an automatic telephone dialing system (i.e. "auto-dialer") and a pre-recorded or artificial voice.

### JURISDICTION AND VENUE

2.     This Court has subject matter jurisdiction under 28 U.S.C. § 1331 as this is a civil action arising under the laws of the United States.

3.     This Court has personal jurisdiction over the Defendant because the telephone calls forming the basis of this action were placed by the Defendant into this District, and because Defendant conducts business in this District by regularly placing telephone calls, sending mail, and transacting with alleged debtors in this District.

4.     Venue in this District is proper because the Plaintiff resides here and received telephone calls from Defendant within this District.

## PARTIES

5.    Plaintiff MARY DEERING is a natural person and a citizen of the State of Florida, residing in Broward County, Florida.  Said Plaintiff is the cellular account holder-owner and has dominion over the cellular telephone that Defendant was calling.

6.    Defendant CONVERGENT OUTSOURCING, INC. ("Convergent") is a Washington corporation and a debt collector that uses, among other things, an automated telephone dialing system to engage in debt collection and operates from offices located at 555 North Point Center East, Ste 175, Alpharetta, GA 33022.  Convergent was formerly known as "E R SOLUTIONS, INC."

## FACTUAL ALLEGATIONS

7.    In 2010, Defendant Convergent began placing automated telephone calls to the Plaintiff's cellular telephone in an effort to coerce payment of an alleged consumer debt.

8.    Defendant Convergent uses an automatic telephone dialing system to place outbound collection calls.  Defendant maintains a permit for said system with the Public Utility Commission of Texas, Permit No. 040375.   A copy of Defendant's Automatic Dial Announcing Device (ADAD) Permit Report is attached hereto as Exhibit A, obtained from the Public Utility Commission of Texas's electronic permit directory.

9.    The calls made to the Plaintiff were made using said automatic telephone dialing system.

10.    In sum, the Defendant made telephone calls to Plaintiff's cellular telephone, each of which was made using an automatic telephone dialing system or an artificial or pre-recorded voice.

## COUNT I
## VIOLATIONS OF TELEPHONE CONSUMER PROTECTION ACT

11.    Plaintiff incorporates paragraphs 1 through 10 herein.

2

12.     Defendant Convergent violated 47 U.S.C. § 227(b)(1)(A)(iii) of the Telephone Consumer Protection Act by making telephone calls to Plaintiff's cellular telephone, which were initiated by an automatic telephone dialing system or made using an artificial or prerecorded voice, and not legally permissible under any provision to the aforementioned statute.

WHEREFORE, Plaintiff MARY DEERING, requests that the Court enter judgment in favor of Plaintiff and against Defendant CONVERGENT OUTSOURCING, INC. for:

a.      $500 dollars in statutory damages for each violation of the TCPA over the last four years;

b.      $1,500 dollars in statutory damages for each knowing or willful violation of the TCPA over the last four years;

c.      a permanent injunction prohibiting Defendant from placing non-emergency calls to Plaintiff's cellular telephone using either an automatic telephone dialing system or an artificial or prerecorded voice;

e.      litigation expenses and costs of the instant suit; and

f.      such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 24th day of May, 2013.

BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
1001 N. Federal Hwy., Ste 106
Hallandale Beach, Florida 33009
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

3

By: <u>/s/ Bret L. Lusskin, Esq.</u>
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069