UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:13-cv-61160-KAM

MARY DEERING, individually,

Plaintiff,

v.

CONVERGENT OUTSOURCING, INC.,
formerly known as "E R SOLUTIONS, INC.,"
a foreign corporation,

Defendant.
_____/

**ORDER**

This cause is before the Court upon the parties' Notice of Settlement and Stipulation for Dismissal with Prejudice (DE 12). The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1)   The case is dismissed with prejudice.[1]

2)   All pending motions are denied as moot.

3)   The Clerk shall close the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 4th day of December, 2013.

_____
KENNETH A. MARRA
United States District Judge

---

[1] As to the parties' request that the Court retain jurisdiction for the purpose of enforcing their settlement agreement, see *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).